**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CATHERINE J. WOODRUFF,   ) | CASE NO:   1:12-CV-1752 |
| ) | |
| Plaintiff,   ) | |
| ) | MAGISTRATE JUDGE |
| v.   ) | NANCY A. VECCHIARELLI |
| ) | |
| CAROLYN W. COLVIN,   ) | |
| Acting Commissioner of Social   ) | **MEMORANDUM OPINION** |
| Security,   ) | **AND ORDER** |
| ) | |
| Defendant.   ) | |

This case is before the Magistrate Judge by the consent of the parties. (Doc. No. 14.) On May 31, 2013, Plaintiff, Catherine J. Woodruff, through her attorney, Kirk B. Roose, filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $5,345.45. (Application for Attorney Fees ("EAJA Application"), Doc. No. 21.)  Defendant did not file any opposition to the EAJA Application.

On June 13, 2013, the parties filed a Joint Stipulation to an Award of Fees under the EAJA in the amount of $5,000.00.  (Doc. No. 23.)  The Court finds the stipulated amount to be reasonable.  Therefore, the Court awards Plaintiff $5,000.00 in attorney fees pursuant to the EAJA.  This award shall satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.  Pursuant to the parties' stipulation, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the award be made payable to

Plaintiff's counsel subject to the assignment signed by Plaintiff and her counsel, and that the Treasury Department mail any check in this matter to the business address of Plaintiff's counsel.

  IT IS SO ORDERED.

                s/ *Nancy A. Vecchiarelli*
                U.S. Magistrate Judge

Date: June 14, 2013